# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 21-5730 FMO (AFMx)** | Date | **November 21, 2022** |
|---|---|---|---|
| Title | **Geoff Winkler, Receiver v. William S. Reyner, Jr., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabby Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Re: Notice of Settlement**

In light of the parties' Joint Notice of Settlement in Principle (Dkt. 47), IT IS ORDERED THAT:

1. Counsel for the parties shall appear at a status conference on **December 15, 2022, at 10:00 a.m.**

2. All pretrial deadlines and the trial date are hereby vacated.

3. Any pending motion is **denied as moot**.

|   | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |