**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, Receiver, | Case No. 2:21-cv-05730-FMO-AFM |
| Plaintiff, | **ORDER ON STIPULATION [52] REGARDING DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| WILLIAM S. REYNER, JR., an individual; the WILLIAM S. REYNER, JR. TRUST; SUSAN REYNER, an individual; the SUSAN REYNER LIVING TRUST; REYNER FAMILY PARTNERS, L.P., a California limited partnership; and DOES 1–10, inclusive, | |
| Defendants. | |

Pursuant to the *Stipulation Regarding Dismissal of Action, with Prejudice* (the "Stipulation") entered into by and between plaintiff Geoff Winkler, the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, and defendants William S. Reyner, Jr., the William S. Reyner, Jr. Trust, Susan Reyner, the Susan Reyner Living Trust, and Reyner Family Partners, L.P.,

/ / /

/ / /

/ / /

/ / /

4895-9507-9023 2

1  **IT IS HEREBY ORDERED** that the above-captioned action is dismissed,
2  with prejudice, in accordance with the terms of the Stipulation.

Dated: August 10, 2023

/s/
Hon. Fernando M. Olguin
United States District Judge